# MEMORANDA

OF

## DECISIONS RENDERED, WITHOUT WRITTEN OPINIONS, DURING THE PERIOD EMBRACED IN THIS VOLUME.

---

No. 1,321.—ROBINSON, ADMINISTRATRIX, RESPONDENT, *v.* KLEINSCHMIDT, APPELLANT.

*Appeal from District Court, Deer Lodge County.*

On motion to dismiss appeal.  Decided February 4, 1901.

PER CURIAM.—Upon motion of the appellant this cause is dismissed.

*Mr. W. H. Trippet, Messrs. Napton & Napton* and *Mr. T. J. Walsh,* for Appellant.

---

No. 1,261.—YELVERTON, RESPONDENT, *v.* SAWYER ET AL., APPELLANTS.

*Appeal from District Court, Deer Lodge County.*

Motion to dismiss appeal submitted February 7, 1901.  Decided February 7, 1901.